**Order filed August 11, 2020**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-20-00138-CV**

_____

**GARY  MILBURN, Appellant**

**V.**

**10445 GREENS CROSSING LP D/B/A SUTTER RANCH APARTMENTS,**
**Appellee**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1148611**

# O R D E R

Appellant's brief was due July 29, 2020**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 28. 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.